UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ABB INC., <br>     Plaintiff | CIVIL ACTION NO. <br> 3:03 CV0491 (AWT) |
| V. | |
| BASIC WIRE & CABLE CO., INC., <br>     Defendant | NOVEMBER 6, 2003 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS**

Plaintiff ABB Inc. (the "Plaintiff") respectfully moves the Court to extend the parties' deadline for filing closing papers in this case to November 28, 2003. In support of this Motion, the undersigned states that:

1. The parties reached an agreement in principal to settle this litigation at a Settlement Conference conducted by Magistrate Judge Donna Martinez on October 8, 2003.

2. The parties have negotiated and exchanged a draft settlement agreement that is acceptable to both parties. The parties are in the process of executing the settlement agreement.

3. -- The settlement agreement calls for the Defendant to make its first payment to the Plaintiff on November 15, 2003.

**ORAL ARGUMENT IS NOT REQUESTED.**

Extension GRANTED, absent objection, to and including November 28, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  11/7/03