UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ABB INC., <br>     Plaintiff | CIVIL ACTION NO. <br> 3:03 CV0491 (AWT) |
| V. | |
| BASIC WIRE & CABLE CO., INC., <br>     Defendant | NOVEMBER 6, 2003 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE CLOSING PAPERS**

Plaintiff ABB Inc. (the "Plaintiff") respectfully moves the Court to extend the parties' deadline for filing closing papers in this case to November 28, 2003. In support of this Motion, the undersigned states that:

1.    The parties reached an agreement in principal to settle this litigation at a Settlement Conference conducted by Magistrate Judge Donna Martinez on October 8, 2003.

2.    The parties have negotiated and exchanged a draft settlement agreement that is acceptable to both parties. The parties are in the process of executing the settlement agreement.

3.    The settlement agreement calls for the Defendant to make its first payment to the Plaintiff on November 15, 2003.

**ORAL ARGUMENT IS NOT REQUESTED.**

4. The Clerk issued a Notice to Counsel on October 9, 2003 indicating that the Court would enter an order of dismissal on November 7, 2003 unless closing papers were filed on or before that date.

5. The parties cannot complete the execution of the settlement agreement prior to that date, although they remain desirous of completing the settlement. Accordingly, the Plaintiff requests an extension of time to November 28, 2003 to file the closing papers.

6. The undersigned has consulted with the Defendant's counsel concerning this Motion. The Defendant agrees that this Motion may be granted.

7. This is the Plaintiff's first request for an extension of time concerning the filing of closing papers.

WHEREFORE, the Plaintiff respectfully moves the Court for an extension of time to November 28, 2003 to file closing papers in this matter.

          THE PLAINTIFF
          ABB INC.

By_____
          James R. Byrne
          CT14632
          byrne@tylercooper.com
          TYLER COOPER & ALCORN, LLP
          CityPlace - 35th Floor
          Hartford, CT 06103-3488
          Telephone No. (860) 725-6200
          Fax No. (860) 278-3802
          - Its Attorneys -

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all counsel and pro se parties of record by causing it to be mailed this 6th day of November, 2003, postage prepaid and properly addressed to:

Eliot B. Gersten, Esq.
John J. Robacynski, Esq.
Gersten & Clifford
214 Main St.
Hartford, Ct 06106

_____
James R. Byrne