UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ABB INC., <br>     Plaintiff | CIVIL ACTION NO. <br> 3:03 CV0491 (AWT) |
| V. | |
| BASIC WIRE & CABLE CO., INC., <br>     Defendant | NOVEMBER 24, 2003 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. CIV. P. 41(a)(1)(ii), the plaintiff, ABB, Inc., and the defendant, Basic Wire & Cable Co., Inc., hereby stipulate to the dismissal of the above-captioned action.

THE PLAINTIFF
ABB INC.

By_____
James R. Byrne
CT14632
byrne@tylercooper.com
TYLER COOPER & ALCORN, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488
Telephone No. (860) 725-6200
Fax No. (860) 278-3802
- Its Attorneys -

THE DEFENDANT
BASIC WIRE & CABLE CO., INC.


By *Eliot B. Gersten* /JRB
Eliot B. Gersten, Esq.
CT05213
Gersten & Clifford
214 Main St.
Hartford, Ct 06106
Telephone No.: (860) 527-7044
Fax No.: 860-527-4968
  - Its Attorneys -

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all counsel and pro se parties of record by causing it to be hand-delivered this 24th day of November, 2003, to:

Eliot B. Gersten, Esq.
John J. Robacynski, Esq.
Gersten & Clifford
214 Main St.
Hartford, Ct 06106

_____
James R. Byrne

JZ00001031V001.doc