#30

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ABB INC., <br> Plaintiff <br><br> V. <br><br> BASIC WIRE & CABLE CO., INC., <br> Defendant | CIVIL ACTION NO. <br> 3:03 CV0491 (AWT) <br><br><br><br><br> NOVEMBER 24, 2003 |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. CIV. P. 41(a)(1)(ii), the plaintiff, ABB, Inc., and the defendant, Basic Wire & Cable Co., Inc., hereby stipulate to the dismissal of the above-captioned action.

THE PLAINTIFF
ABB INC.

By _____
James R. Byrne
CT14632
byrne@tylercooper.com
TYLER COOPER & ALCORN, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488
Telephone No. (860) 725-6200
Fax No. (860) 278-3802
- Its Attorneys -

APPROVED and SO ORDERED.

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    12/8/03